UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MANOR MOTORCAR CO. d/b/a
MERCEDES-BENZ OF NOVI, ESTATE
MOTORS LTD. d/b/a MERCEDES-BENZ
OF BLOOMFIELD HILLS, PARKVIEW
MOTORCAR, INC. d/b/a MERCEDES-BENZ       Case Number: 5:05CV60243
OF ROCHESTER HILLS, CHARLES J.
GHESQUIERE, JR., LEE B. GHESQUIERE       Judge: O'Meara, John Corbett
and C. J. GHESQUIERE, III,
                                         Magistrate Judge: Morgan, Virginia M.
         Plaintiffs,

v.

MERCEDES-BENZ USA, INC.,

         Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## MOTION TO DISMISS COUNTS II AND III OF PLAINTIFFS' COMPLAINT

At a Session of Said Court held in the
United States District Court for
the Eastern District of Michigan:
on: March 22, 2006

   PRESENT: .   JOHN CORBETT O'MEARA
               Honorable John C. O'Meara

   This matter having come before the Court on Defendant Mercedes-Benz, USA, LLC's Motion to Dismiss Counts II and III of Plaintiffs' Complaint; and the Court having read the papers filed regarding said motion, heard oral argument, and being otherwise advised in the premises;

   NOW, THEREFORE, IT IS ORDERED that the Court GRANTS Defendant Mercedes-Benz, USA, LLC's Motion to Dismiss Counts II and III of Plaintiffs' Complaint, and dismisses Counts II and III of Plaintiffs' Complaint.

-2-

IT IS SO ORDERED.

                                s/John Corbett O'Meara
                                John Corbett O'Meara
                                United States District Judge

Dated: March 22, 2006

**Approved as to form:**

| | |
|---|---|
| s/ <br> Raymond J. Foresman <br> Jason W. Johnson <br> Willingham & Cote, P.C. <br> 333 Albert Street, Suite 500 <br> East Lansing, MI  48823 <br><br> Shawn D. Mercer <br> Frank X. Trainor, III <br> Myers & Fuller, P.A. <br> P.O. Box 97297 <br> Raleigh, NC  27615 <br><br> Attorneys for Plaintiffs | s/ <br> Anthony A. Agosta, Esq. <br> Clark Hill PLC <br> 500 Woodward Avenue, Suite 3500 <br> Detroit, MI  48226-3534 <br> Telephone:   (313) 965-8300 <br> Facsimile:     (313) 965-8252 <br> E-Mail:         aagosta@clarkhill.com <br><br> Mark F. Kennedy <br> Wheeler Trigg Kennedy LLP <br> 1801 California Street, Suite 3600 <br> Denver, Colorado 80202 <br> Telephone:   (303) 244-1800 <br> Facsimile:     (303) 244-1879 <br> E-Mail:         kennedy@wtklaw.com <br><br> Attorneys for Defendant <br> Mercedes-Benz USA, Inc. |

5248403v.1 24321/103356